**Michael W. CARPENTER,
Plaintiff—Appellant,**

v.

**Helen F. FAHEY, Chairman, Virginia
Parole Board; James L. Jenkins, Jr.,
Chairman, Virginia Parole Board, Defendants—Appellees.**

No. 05–6401.

United States Court of Appeals,
Fourth Circuit.

Submitted July 27, 2005.

Decided Aug. 4, 2005.

Michael W. Carpenter, Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael W. Carpenter appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Carpenter v. Fahey*, No. CA–04–194–2 (E.D.Va. Feb. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*